256

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64507.—Weinberg Corporation v. United States, protest 59/30166 (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64508.—Everbest Jewelry Corporation v. United States, protest 59/31325 (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, SEPTEMBER 13, 1960

No. 64509.—David Warsaw and W. J. Byrnes & Co., Inc. v. United States, protest 329482–K (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64510.—Cornet Stores and Frank P. Dow Co., Inc., et al. v. United States, protests 59/10515, etc. (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64511.—Sprouse Reitz Co. and W. J. Byrnes v. United States, protests 59/18844 and 59/21969 (San Francisco).